UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PRESTON E. RICHARDSON,<br><br>  Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>  Defendants. | CASE NO. 3:19-cv-06238-RBL-JRC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR: July 17, 2020 |

The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura. *See* Dkt. 2. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B) and Magistrate Judge Rules MJR3 and MJR4.

This matter is before the Court on the undersigned's Order to Show Cause or Amend Complaint. Dkt. 7. Although the Court granted plaintiff an extension of time to respond to the show cause order on or before June 15, 2020, plaintiff has failed to respond to the order or to file an amended complaint. *See* Dkts. 7, 10. Based on plaintiff's failure to respond to the Court's order and to cure the deficiencies in his complaint, the Court recommends that this matter be

1  dismissed without prejudice and that plaintiff's *in forma pauperis* status be revoked for any
2  appeal.

## DISCUSSION

In his complaint, plaintiff alleges violation of his constitutional right to access the courts by various Department of Corrections ("DOC") employees and officials based on an incident in which his legal property was lost during transfer from county jail to DOC custody. *See* Dkt. 6. The undersigned ordered plaintiff to amend his complaint on the basis that he failed to plead sufficient facts demonstrating how each individual defendant personally participated in the asserted constitutional deprivation. *See* Dkt. 7, at 6–8. Specifically, the Court warned plaintiff that if he failed to amend his complaint or adequately address the issues raised in the order to show cause on or before April 29, 2020, the undersigned would recommend dismissal of the action pursuant to 28 U.S.C. § 1915A. *See* Dkts. 7, at 9.

On April 22, 2020, plaintiff motioned the Court for an extension of time to respond to the Court's order to show cause and to file an amended complaint. *See* Dkt. 8. The Court granted plaintiff's motion and extended the deadline to respond to the show cause order to June 15, 2020.

Although the Court granted plaintiff an extension of time, plaintiff has taken no further action in response to the order to show cause. *See* Dkts. 7, 8, 10. Therefore, the undersigned recommends that this matter be dismissed without prejudice for failure to prosecute and to comply with a court order.

Regarding plaintiff's *in forma pauperis* status should plaintiff appeal, as noted, plaintiff's complaint fails to provide any claim upon which relief could be granted. *In forma pauperis* status on appeal shall not be granted if the district court certifies "before or after the notice of appeal is filed" "that the appeal is not taken in good faith[.]" Fed. R. App. P. 24(a)(3)(A); *see*

1  *also* 28 U.S.C. § 1915(a)(3).  A plaintiff satisfies the "good faith" requirement if he seeks review
2  of an issue that is "not frivolous," and an appeal is frivolous where it lacks any arguable basis in
3  law or fact.  *Gardner v. Pogue*, 558 F.2d 548, 551 (9th Cir. 1977); *Neitzke v. Williams*, 490 U.S.
4  319, 325 (1989).  Because appeal of these issues would lack an arguable basis in law, the district
5  court should find that any appeal would not be taken in good faith.

6      In sum, the district court should dismiss the matter without prejudice and revoke
7  plaintiff's *in forma pauperis* status for the purpose of any appeal.  Pursuant to 28 U.S.C. §
8  636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this
9  Report to file written objections.  *See also* Fed. R. Civ. P. 6.  Failure to file objections will result
10 in a waiver of those objections for purposes of *de novo* review by the district judge.  *See* 28
11 U.S.C. § 636(b)(1)(C).

12     Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to
13 set the matter for consideration on **July 17, 2020**, as noted in the caption.

14     Dated this 30th day of June, 2020.

J. Richard Creatura
United States Magistrate Judge