1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9

10   PRESTON E. RICHARDSON,

11             Plaintiff,                    CASE NO. 3:19-cv-06238-RBL-JRC

12       v.                                  ORDER ADOPTING REPORT AND
                                             RECOMMENDATION
13   DEPARTMENT OF CORRECTIONS, *et
     al.*,
14
               Defendants.

15       The Court, having reviewed the Report and Recommendation ("R&R") of Magistrate

16   Judge J. Richard Creatura, any objections to the R&R, and the remaining record, does hereby

17   find and **ORDER** that the R&R be **ADOPTED** and that the matter is dismissed without

18   prejudice.  Plaintiff's *in forma pauperis* status is revoked for the purposes of appeal, and the case

19   is closed.  The Clerk shall send copies of this Order to plaintiff and to Magistrate Judge Creatura.

20       Dated this 23rd day of July, 2020.

21

22                                          _____
                                            Ronald B. Leighton
23                                          United States District Judge

24

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1